JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO TORRES LARRAGA,<br><br>                    Petitioner,<br><br>          v.<br><br>B. BIRKHOLZ, Warden FCC Lompoc,<br><br>                    Respondent. | Case No. 2:23-cv-08873-JGB-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for Petitioner's failure to prosecute and comply with court orders and the Local Civil Rules for the Central District of California.

DATED: May 14, 2024

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE